IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY RINALDI, et al.           :        MISCELLANEOUS ACTION
                                  :
        v.                        :
                                  :
GEOSERA LLC                       :        NO. 25-33

ORDER

AND NOW, this 6th day of October 2025, it is hereby ORDERED that:

(1) the motion of non-party Geosera LLC for reimbursement from plaintiffs of reasonable counsel fees and costs (Doc. #7) is GRANTED in part and DENIED in part; and

(2) plaintiffs shall pay Geosera LLC the sum of $3,500.

BY THE COURT:


/s/   Harvey Bartle III
                                                       J.